08428/052619

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOUSSEF SAHLI,<br><br>        Plaintiff,<br><br>v.<br><br>FREIGHT SERVICES, INC.<br><br>        Defendant. | No.<br><br>Removal of Civil Action from the Circuit Court of Cook County,<br><br>Case No. 2024 L 003337 |

## NOTICE OF REMOVAL

**NOW COMES** defendant, FREIGHT SERVICES, INC., (hereinafter "Freight Services"), by and through their attorneys, CASSIDAY SCHADE LLP, and hereby remove the above-titled cause of action, Case No. 2024 L 003337, from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1332, 1441 and 1446(b) and in support thereof states as follows:

1. This is a civil action in which Youssef Sahli, seeks recovery for personal injuries allegedly sustained on or about May 6, 2022 while an employee of Priority Logistics during unloading of freight at their facility located at 107 Lively Blvd., Elk Grove Village, Illinois. The Plaintiff alleges that Defendant Freight Services was negligent in the unloading process thereby causing freight to fall on his left foot causing a crushing injury. (Please see attached Complaint attached as Exhibit A).

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332. The instant action is removable pursuant to 28 U.S.C. § 1441(a) based upon complete diversity of citizenship of the parties and the amount in controversy.

3. Venue is proper in the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. § 1391(b)(2) as the subject incident occurred in Elk Grove Village, Illinois (Cook County) which is situated in the Northern District of Illinois.

4. As set forth in paragraph 1 of the attached Complaint, Youssef Sahli resides within Cook County, Illinois and is therefore a citizen of the State of Illinois.

5. Freight Services is a corporation incorporated in the State of Nevada with its principal place of business in Tuscan, Arizona. Freight Services desires to have this case removed to the United States District Court for the Northern District of Illinois.

6. Plaintiff's counsel has been in pre-suit contact with representatives of Great West Casualty Company, the insurer for the defendant Freight Services. Plaintiff's counsel has provided information, (as further set forth in paragraph 7 of Exhibit A), that plaintiff Youssef Sahli suffered a crushing injury to his left foot as a result of freight falling on him. Counsel for Plaintiff has advised that the Plaintiff continues to receive medical treatment for his injuries and that surgery will likely be necessary. Thus, the amount in controversy exceeds $75,000.00.

7. As set forth above, there is complete diversity among the parties of this action and the amount in controversy between the parties exceeds $75,000.00.

8. By virtue of the foregoing, defendant, Freight Services, Inc., files this Notice of Removal of Civil Action to the United States District Court for the Northern District of Illinois, Eastern Division, in order to remove this action from the Circuit Court of Cook County, Illinois.

9. The foregoing Notice of Removal is presented pursuant to Federal Rules of Civil Procedure 11.

Respectfully submitted,

Freight services, Inc.

By: /s/ Michael T. Clarke
Michael T. Clarke
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
mclarke@cassiday.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2024, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

                                                               /s/ Michael T. Clarke