Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 5/29/2024 9:30 AM

#3014

FILED
3/28/2024 10:24 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L003337
Calendar, R
27021321

FILED DATE: 3/28/2024 10:24 AM 2024L003337

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| YOUSSEF SAHLI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: |
| ) | |
| FREIGHT SERVICES, INC., ) | |
| A foreign corporation. ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff, YOUSEFF SAHLI, by and through his attorney, STEVEN A. SIGMOND, and complaining against the Defendant, FREIGHT SERVICES, INC., states the following:

1. On or about May 6th, 2022, and at all other times relevant hereto, Plaintiff YOUSSEF SAHLI, was an individual residing within the County of Cook, Sate of Illinois.

2. On or about May 6th, 2022, and at all other times relevant hereto, the Defendant, FREIGHT SERVICES, INC., was a foreign corporation engaged in the business of trucking and shipping, and doing business within Elk Grove Village, County of Cook, State of Illinois.

3. On or about May 6th, 2022, and at all other times relevant hereto, Plaintiff YOUSSEF SAHLI was an employee of Priority Logistics, working as a dispatcher within the facility located at 107 Lively Blvd., Elk Grove Village, Illinois.

4. On or about May 6th, 2022, and at all other times relevant hereto, Defendant FREIGHT SERVICES had contracted with Plaintiff's employer or otherwise agreed to make a delivery of freight to the location where Plaintiff was employed.

EXHIBIT A

5. Having been contracted and/or otherwise agreed to make a freight delivery to the Priority Logistics location, Defendant, had a duty to exercise reasonable care and caution in making such delivery, including unloading freight, at the Priority Logistics location.

6. On or about May 6th, 2022, within the Priority Logistics facility located at 107 Lively Blvd, Elk Grove Village, Illinois, Defendant, FREIGHT SERVICES, INC., through it's on-duty agents and employees, was there and then guilty of one or more of the following negligent acts or omissions:

    a. carelessly and negligently failed to safely unload freight;

    b. carelessly and negligently failed to maintain adequate control of freight being unloaded;

    c. carelessly and negligently failed to control, monitor, or supervise the unloading of freight;

    d. carelessly and negligently failed to prevent or intercede in a situation where a pallet came loose from Defendant's control;

    e. carelessly and negligently failed to protect the Plaintiff from being injured by freight for which Defendant was responsible;

    f. carelessly and negligently failed to timely or adequately summon additional help or manpower necessary while unloading freight; and

    g. Was otherwise careless and negligent in failing to safely and adequately unload freight.

7. As a direct and proximate result of the foregoing, Plaintiff YOUSSEF SAHLI suffered a crushing injury to his left foot in the presence of on-duty employees.

FILED DATE: 3/28/2024 10:24 AM 2024L003337

8.    As a direct result of the foregoing, Plaintiff, YOUSSEF SAHLI has been injured, he has suffered and will continue to suffer, he has incurred pain, suffering, disfigurement, disability, loss of a normal life, medical expenses, lost wages and has been and will be restricted in pursuing his usual affairs.

WHEREFORE the Plaintiff YOUSSEF SAHLI prays for judgment in a sum sufficient to compensate him for the aforesaid injuries, which sum is well in excess of the jurisdictional limit of $50,000.00 plus costs.

Respectfully submitted,
YOUSSEF SAHLI

By: _____
Steven A. Sigmond,
Attorney for Plaintiff

#16131
Steven A. Sigmond
Attorney for Plaintiff
The Law Office of Steven A. Sigmond
345 N. Canal St., Ste. 1208
Chicago, IL 60606
(312) 258-8188
steve@siglaw.com