08428/052619

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

YOUSSEF SAHLI,

    Plaintiff,

v.

FREIGHT SERVICES, INC.,

    Defendants.

No. 24-cv-03433

Honorable Jorge L. Alonso

Magistrate Judge Jeffrey Cole

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSE

Defendant Freight Services, Inc., by and through its attorneys CASSIDAY SCHADE LLP, hereby answers the Complaint of Plaintiff Youssef Sahli ("Plaintiff") and asserts its Affirmative Defenses as follows:

1. On or about May 6th, 2022, and at all other times relevant hereto, Plaintiff YOUSSEF SAHLI, was an individual residing within the County of Cook, Sate of Illinois.

**ANSWER:** **This Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegation of paragraph 1 and demands strict proof thereof.**

2. On or about May 6th, 2022, and at all other times relevant hereto, the Defendant, FREIGHT SERVICES, INC., was a foreign corporation engaged in the business of trucking and shipping, and doing business within Elk Grove Village, County of Cook, State of Illinois.

**ANSWER:** **This Defendant admits the allegations of paragraph 2.**

3. On or about May 6th, 2022, and at all other times relevant hereto, Plaintiff YOUSSEF SAHLI was an employee of Priority Logistics, working as a dispatcher within the facility located at 107 Lively Blvd., Elk Grove Village, Illinois.

**ANSWER:** **This Defendant lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 3 and demands strict proof thereof.**

4. On or about May 6th, 2022, and at all other times relevant hereto, Defendant FREIGHT SERVICES had contracted with Plaintiffs employer or otherwise agreed to make a delivery of freight to the location where Plaintiff was employed.

**ANSWER:** **This Defendant admits the allegation of paragraph 4.**

5. Having been contracted and/or otherwise agreed to make a freight delivery to the Priority Logistics location, Defendant, had a duty to exercise reasonable care and caution in making such delivery, including unloading freight, at the Priority Logistics location.

**ANSWER:** **This Defendant denies that the allegation of duty set forth in paragraph 5 are the correct duties owed and chargeable by law.**

6. On or about May 6th, 2022, within the Priority Logistics facility located at 107 Lively Blvd, Elk Grove Village, Illinois, Defendant, FREIGHT SERVICES, INC., through it's on-duty agents and employees, was there and then guilty of one or more of the following negligent acts or omissions:

   a. carelessly and negligently failed to safely unload freight;

   b. carelessly and negligently failed to maintain adequate control of freight being unloaded;

   c. carelessly and negligently failed to control, monitor, or supervise the unloading of freight;

   d. carelessly and negligently failed to prevent or intercede in a situation where a pallet came loose from Defendant's control;

   e. carelessly and negligently failed to protect the Plaintiff from being injured by freight for which Defendant was responsible;

   f. carelessly and negligently failed to timely or adequately summon additional help or manpower necessary while unloading freight; and

   g. Was otherwise careless and negligent in failing to safely and adequately unload freight.

**ANSWER:** **This Defendant denies that the allegation of duty set forth in paragraph 6 including sub-paragraphs (a) through (g) contained therein.**

7. As a direct and proximate result of the foregoing, Plaintiff YOUSSEF SAHLI suffered a crushing injury to his left foot in the presence of on-duty employees.

**ANSWER:** **This Defendant denies the allegation of paragraph 7.**

8.   As a direct result of the foregoing, Plaintiff, YOUSSEF SAHLI has been injured, he has suffered and will continue to suffer, he has incurred pain, suffering, disfigurement, disability, loss of a normal life, medical expenses, lost wages and has been and will be restricted in pursuing his usual affairs.

**ANSWER:**   **This Defendant denies the allegation of paragraph 8.**

WHEREFORE the Defendant, Freight Services, Inc., prays for judgment in its favor and against the Plaintiff, plus costs.

### FIRST AFFIRMATIVE DEFENSE

NOW COMES Defendant, Freight Services, Inc., by and through its attorneys, CASSIDAY SCHADE LLP, and for their First Affirmative Defense states as follows:

1.   At the time and place alleged in the Plaintiff's Complaint, Plaintiff, Youssef Sahli, had a duty to act with ordinary care for his own safety.

2.   At the time and place alleged in the Plaintiff's Complaint, despite the aforesaid duty, Plaintiff, Youssef Sahli, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

   a.   Failed to state due care and caution for his own safety;

   b.   Failed to remain in a safe place while unloading operations were taking place;

   c.   Placed himself in an improper location while unloading operations were taking place;

   d.   Ignored safety training and protocols related to avoiding exposure to loading operations and loads in transition;

   e.   Was otherwise careless and negligent.

3.   As a direct and proximate result of one or more of the foregoing acts and/or omissions, Plaintiff sustained the injuries of which she complained.

WHEREFORE, Defendant, Freight Services, Inc., prays that judgment be entered in its favor and against the Plaintiff in light of the fact that the comparative fault of Plaintiff, Youssef

Sahli, exceeds 50% of the common liability. In the alternative, if the comparative fault of Youssef Sahli is found to be less than 50%, the Defendant prays that any verdict returned in favor of the Plaintiff be reduced in proportion to the comparative negligence of Plaintiff, Youssef Sahli.

          Respectfully submitted,

          CASSIDAY SCHADE LLP

          By: /s/ Michael T. Clarke
               One of the Attorneys for Freight Services, Inc.

Michael T. Clarke (ARDC No.6190345)
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
mclarke@cassiday.com

**AFFIDAVIT**

  I, Michael T. Clarke, one of the attorneys for the defendant, Freight Services, Inc., being under oath, hereby state pursuant to Illinois Code of Civil Procedure, Section 5/2-610(b) that the defendants lack sufficient knowledge to form a belief as to the truth of the allegations contained in those paragraphs of the Answer to the Complaint at Law answered by the defendants having lack of sufficient knowledge as set forth in that Answer. I further state that the statements made in the foregoing Answer as to lack of sufficient knowledge to form a belief are true and that as one of the attorneys of record for the defendants aforementioned in the cause herein, I am duly authorized to make this Affidavit on behalf of said defendants. I declare under penalty of perjury that the statements set forth herein are true and correct, except as to matters therein stated to be on information and belief and as to such matters, I declare that I verily believe the same to be true.

                     /s/ Michael T. Clarke
                        Michael T. Clarke

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all attorneys of record in this case.

 /s/ Michael T. Clarke