08428/052619

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOUSSEF SAHLI,<br><br>                Plaintiff,<br><br>v.<br><br>FREIGHT SERVICES, INC.,<br><br>                Defendant.<br><br>FREIGHT SERVICES, INC.<br><br>                Defendant/Third-Party Plaintiff,<br><br>v.<br><br>PRIORITY LOGISTICS, INC., and PRIORITY MESSENGER SERVICES, INC.,<br><br>                Third Party Defendants. | No. 24-cv-03433 |

## THIRD PARTY COMPLAINT

NOW COMES defendant/third-party plaintiff, Freight Services, Inc. ("Freight Services"), by and through their attorneys, CASSIDAY SCHADE LLP, and for their third-party complaint against third-party defendants Priority Logistics, Inc. and Priority Messenger Services, Inc. and in support thereof, states as follows:

### COUNT I - CONTRIBUTION

1. Plaintiff Youssef Sahli ("Sahli") has filed his Complaint against Freight Services to recover from personal injuries allegedly sustained on May 6, 2022 at warehouse facilities

located at 107 Lively Blvd., Elk Grove Village, Illinois. Sahli claims that he was an employee of Priority Logistics at the time that he was injured. (See attached Complaint attached as Exhibit A).

2. Freight Services, Inc. has filed an Answer to the plaintiff's Complaint denying the material allegations contained therein as well as an affirmative defense. (See attached Answer and Affirmative Defense as Exhibit B).

3. At the time and place alleged in the plaintiff's Complaint, Priority Logistics and Priority Messenger had a duty to properly train their employees and to provide them with proper safety equipment and safety training to perform job tasks.

4. Despite the foresaid duty, Priority Logistics and Priority Messenger were guilty of the following negligent acts and/or omissions:

   a. Failed to properly instruct warehouse personnel on a proper and safe manner to provide their work;

   b. Failed to properly train warehouse personnel as to the proper and safe manner in which to perform work related to unloading of materials from flat bed trailers;

   c. Failed to provide warehouse personnel with appropriate safety equipment and devices;

   d. Failed to train, instruct and warn warehouse personnel of hazards associated with unloading materials from trailers;

   e. Failed to require warehouse personnel to wear appropriate footwear including steel toed boots; and

   f. Was otherwise careless and negligent.

5. Illinois Rev. Statute 740 ILCS 100-0.01, *et seq.*, provides for contribution among joint tortfeasors. If Freight Services is found liable to the plaintiff, which liability is expressly denied, and pleadings strictly in the alternative, such liability will be the result of the aforesaid negligent acts and/or omissions of Priority Logistics Priority Messenger.

2

WHEREFORE, defendant/third-party plaintiff Freight Services, Inc., prays that if judgment is entered against it and in favor of the plaintiff, the judgment be entered against third-party defendants Priority Logistics, Inc. and Priority Messenger Services, Inc. in such of an amount by way of contribution as would be commensurate with a degree of fault attributable to Priority Logistics, Inc. and Priority Messenger Services, Inc. in causing the plaintiff's damages and to the fullest extent allowed by law.

COUNT II - INDEMNITY

1-5. Freight Services repeats and re-alleges its allegations in paragraphs 1 – 5 of Count I as and for its allegations of paragraph 1 – 5 of this Count II, as it fully set forth herein.

6. At the time and placed alleged in the plaintiff's Complaint, Freight Services contracted with Priority Logistics and Priority Messenger for the delivery of freight to the location where plaintiff was employed. (A copy of the contract between Freight Services and Priority Logistics is attached hereto as Exhibit C. A copy of the contract between Freight Services and Priority Messenger Services, Inc. is attached hereto as Exhibit D).

7. The aforesaid contracts require that Priority Logistics and Priority Messenger "indemnify, defend and hold Freight Services, Inc., its customers, consignors, and consignees, and their respective parent, subsidiaries, affiliates, employees, officers, directors and agents harmless from and against any and all losses, harm, injuries, damages, claims, costs, expenses and liabilities (including reasonable legal fees) arising from or in connection with services provided by carrier, its employees, agents and contractors, unless resulting directly from the negligence or willful act or omission of Freight Services, Inc. or its customers and their consignors or consignees and their respective parents, subsidiaries, affiliates, employees, officers, directors and agents.

8. By virtue of the aforesaid contracts, Priority Logistics and Priority Messenger are required to indemnify Freight Services for the losses attendant with the plaintiff's Complaint.

WHEREFORE, defendant/third-party plaintiff Freight Services, Inc., prays for judgment in its favor and against third-party defendants Priority Logistics, Inc. and Priority Messenger Services, Inc. in the full amount of any judgment entered against defendant/third-party plaintiff Freight Services, Inc., plus costs, attorneys' fees and other damages allowed by contract.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Michael T. Clarke
     One of the Attorneys for Freight Services, Inc.

Michael T. Clarke (ARDC No. 6190345)
Billy M. Clarke (ARDC No. 6343272)
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
mclarke@cassiday.com
bclarke@cassiday.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to all attorneys of record in this case.

      /s/ Michael T. Clarke