

# INNOVATIVE • GLOBAL • PARTNERSHIP!

**FREIGHT SERVICES, INC**

*Tucson: 520-777-3850* • *Toll Free: 800-651-0423* • *5990 S. Country Club Rd STE 110 Tucson, AZ 85706*

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the date and year first written below.

Priority Logistics Group Inc.
565 Bonnie Lane
Elk Grove Village, IL 60007
**Signature** (Electronically Signed by SIGNiX)

Freight Services, Inc.
5990 S. Country Club Rd. STE 120
Tucson, AZ 85706
**Signature** (Electronically Signed by SIGNiX)

Signature

07/10/2014
Date

Signature

07/10/2014
Date

**Signature:** *Ed Samp*
Ed Samp (July 10th, 2014, 9:36 CST)

**Signature:** *Michael Russell*
Michael Russell (July 10th, 2014, 12:52 MST)

**Digital Signature Verified by:**

DN: OV=Ed Samp, Company, Priority Logistics Group, Inc.
Company, ou=Principal
Email=samp@samsdemaker.com, c=US
Reason: Priority Logistics Group, Inc Agreement 2014
Date: 2014.07.10 09:36:55
Company, ou= Principal
Email=michael@freightservices.net, c=US
Reason: Priority Logistics Group, Inc Agreement 2014
Date: 2014.07.10 12:52:07

Exhibit C

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of Freight Services, Inc.