

# INNOVATIVE • GLOBAL • PARTNERSHIPS

**FREIGHT SERVICES, INC**

•Tucson: 520-777-3850  • Toll Free: 800-651-0423  • 5990 S. Country Club Rd STE 110 Tucson, AZ 85706

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the date and year first written below.

Priority Messenger Service Inc.
565 Bonnie Lane
Elk Grove Village, IL 60007
Signature (Electronically Signed by SIGNIX)

Freight Services, Inc.
5990 S. Country Club Rd. STE 120
Tucson, AZ 85706
Signature (Electronically Signed by SIGNIX)

Signature

07/10/2014
Date

Signature

07/10/2014
Date

**Signature:** *Ed Samp*
Ed Samp (July 10th, 2014, 9:39 CST)

**Signature:** *Michael Russell*
Michael Russell (July 10th, 2014, 12:51 MST)

**Digital Signature Verified by:**

DN: OV=Ed Samp, O= Priority Messenger Service Inc.
Company, ou=Principal
Email=[illegible]@[illegible]logistics.com, c=US
Reason: Priority Messenger Service, Inc Agreement 2014
Date: 2014.07.10 09:39:10

Company, ou= Principal
Email=michael@freightservices.net, c=US
Reason: Priority Messenger Service, Inc Agreement 2014
Date: 2014.07.10 12:51:41

Exhibit D

The information contained in these documents is confidential, privileged and only for the information of the intended recipient and may not be used, published or redistributed without the prior written consent of Freight Services, Inc.