IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOUSSEF SAHLI<br><br>Plaintiff,<br><br>v.<br><br>FREIGHT SERVICES, INC.,<br><br>Defendant. | Case No.: 24-cv-03433 |
| FREIGHT SERVICES, INC.<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>PRIORITY LOGISTICS, INC. and PRIORITY MESSENGER SERVICES, INC.,<br><br>Third-Party Defendants. | |

**ANSWER TO THIRD-PARTY COMPLAINT**

NOW COMES Third-Party Defendant, PRIORITY MESSENGER SERVICES, INC., by and through its attorneys, LINDSAY, PICKETT & POSTEL, LLC, and for its answer and affirmative defenses to Defendant/Third-Party Plaintiff, FREIGHT SERVICES, INC.'s ("Freight Services"), Third-Party Complaint, hereby states as follows:

**COUNT I - CONTRIBUTION**

1. Plaintiff Youssef Sahli ("Sahli") has filed his Complaint against Freight Services to recover from personal injuries allegedly sustained on May 6, 2022 at warehouse facilities located at 107 Lively Blvd., Elk Grove Village, Illinois. Sahli claims that he was an employee of Priority Logistics at the time that he was injured. (See attached Complaint attached as Exhibit A).

1

**ANSWER:** **This Third-Party Defendant admits only that Plaintiff's Complaint (Ex.A) speaks for itself.**

2. Freight Services, Inc. has filed an Answer to the plaintiffs Complaint denying the material allegations contained therein as well as an affirmative defense. (See attached Answer and Affirmative Defense as Exhibit B).

**ANSWER:** **This Third-Party Defendant admits only that Freight Services, Inc.'s Answer (Ex.B) speaks for itself.**

3. At the time and place alleged in the plaintiff's Complaint, Priority Logistics and Priority Messenger had a duty to properly train their employees and to provide them with proper safety equipment and safety training to perform job tasks.

**ANSWER:** **This Third-Party Defendant recognizes all duties imposed by law, however, denies any violation of the same.**

4. Despite the foresaid duty, Priority Logistics and Priority Messenger were guilty of the following negligent acts and/or omissions:

    a. Failed to properly instruct warehouse personnel on a proper and safe manner to provide their work;
    b. Failed to properly train warehouse personnel as to the proper and safe manner in which to perform work related to unloading of materials from flat bed trailers;
    c. Failed to provide warehouse personnel with appropriate safety equipment and devices;
    d. Failed to train, instruct and warn warehouse personnel of hazards associated with unloading materials from trailers;
    e. Failed to require warehouse personnel to wear appropriate footwear including steel toed boots; and
    f. Was otherwise careless and negligent.

**ANSWER:** **This Third-Party Defendant denies the allegations as they pertain to this Third-Party Defendant only.**

5. Illinois Rev. Statute 740 ILCS 100-0.01, *et seq.,* provides for contribution among

joint tortfeasors. If Freight Services is found liable to the plaintiff, which liability is expressly denied, and pleadings strictly in the alternative, such liability will be the result of the aforesaid negligent acts and/or omissions of Priority Logistics Priority Messenger.

**ANSWER: This Third-Party Defendant admits only that 740 ILCS 100.01, et. seq. speaks for itself and denies the remaining allegations as they pertain to this Third-Party Defendant only.**

WHEREFORE, Third-Party Defendant, PRIORITY MESSENGER SERVICES, INC., moves this Court to dismiss with prejudice Count I of the Third-Party Complaint filed against it.

### COUNT II - INDEMNITY

1-5. Freight Services repeats and re-alleges its allegations in paragraphs 1 - 5 of Count I as and for its allegations of paragraph 1 - 5 of this Count II, as it fully set forth herein.

**ANSWER: This Third-Party Defendant adopts and incorporates its answers to paragraphs 1-5 of Count I as its answers to paragraphs 1-5 of Count II as if stated verbatim herein.**

6. At the time and placed alleged in the plaintiffs Complaint, Freight Services contracted with Priority Logistics and Priority Messenger for the delivery of freight to the location where plaintiff was employed. (A copy of the contract between Freight Services and Priority Logistics is attached hereto as Exhibit C. A copy of the contract between Freight Services and Priority Messenger Services, Inc. is attached hereto as Exhibit D).

**ANSWER: This Third-Party Defendant admits the allegations as they pertain to this Third-Party Defendant only.**

7. The aforesaid contracts require that Priority Logistics and Priority Messenger "indemnify, defend and hold Freight Services, Inc., its customers, consignors, and consignees,

3

and their respective parent, subsidiaries, affiliates, employees, officers, directors and agents harmless from and against any and all losses, harm, injuries, damages, claims, costs, expenses and liabilities (including reasonable legal fees) arising from or in connection with services provided by carrier, its employees, agents and contractors, unless resulting directly from the negligence or willful act or omission of Freight Services, Inc. or its customers and their consignors or consignees and their respective parents, subsidiaries, affiliates, employees, officers, directors and agents.

**ANSWER:** **This Third-Party Defendant admits only that the contracts attached as exhibits speak for themselves.**

8. By virtue of the aforesaid contracts, Priority Logistics and Priority Messenger are required to indemnify Freight Services for the losses attendant with the plaintiffs Complaint.

**ANSWER:** **This Third-Party Defendant neither admits nor denies the allegations contained therein as said allegations constitute a conclusion of law only and any claim for indemnity is premature at the present time.**

WHEREFORE, Third-Party Defendant, PRIORITY MESSENGER SERVICES, INC., moves this court to dismiss with prejudice Count II of the Third-Party Complaint filed against it.

**AFFIRMATIVE DEFENSES**

Third-Party Defendant, Priority Messenger Services, Inc., by and through its attorneys, LINDSAY, PICKETT & POSTEL, LLC, and for its Affirmative Defenses states as follows:

**First Affirmative Defense**
***Kotecki v. Cyclops Welding Corp.***

1. Plaintiff was an employee of Third-Party Defendant, Priority Messenger Services, Inc., and has received workers' compensation benefits as a result of the damages claimed from the occurrence.

2. The liability of Third-Party Defendant, Priority Messenger Services, Inc., if any, is limited to the amount of the workers' compensation lien, pursuant to *Kotecki v. Cyclops Welding Corp.*, 146 Ill. 2d 155, 585 N.E.2d 1023 (1991).

WHEREFORE, Third-Party Defendant, Priority Messenger Services, Inc., requests that this Court enter judgment in its favor and against the Defendant/Third-Party Plaintiff, Freight Services, Inc. and that this Court find any liability of Third-Party Defendant, Priority Messenger Services, Inc., is subject to the *Kotecki* cap, and that this Court enter such further relief as it deems appropriate and just.

## Second Affirmative Defense
## Several Liability

1. The fault of Third-Party Defendant, Priority Messenger Services, Inc. if any, is less than twenty-five (25%) percent of the fault attributable to Plaintiff, Defendant, Third-Party Defendants, and any other potential Defendants and/or Third-Party Defendants named in this action or who could have been named.

2. In the event that the trier of fact finds in favor of Plaintiff on the issue of liability, and against Third-Party Defendant, Priority Messenger Services, Inc., then Third-Party Defendant, Priority Messenger Services, Inc., is severally liable only for all non-medical related damages deemed to be recoverable by Plaintiff, if any.

WHEREFORE, Third-Party Defendant, Priority Messenger Services, Inc., requests that if the trier of fact finds in favor of Plaintiff on the issue of liability that any award of damages to Plaintiff for all non-medical related damages against Third-Party Defendant, Priority Messenger Services, Inc., be awarded as several damages, only.

LINDSAY, PICKETT & POSTEL, LLC

By: /s/Howard T. Trafman

Howard T. Trafman (ARDC. 6231356)
htrafman@lpplawfirm.com
312-734-8974
Brian R. Hallett (ARDC. 6345672)
bhallett@lpplawfirm.com
312-995-6576
**LINDSAY, PICKETT & POSTEL, LLC**
200 W. Madison Street, Suite 3850
Chicago, IL 60606